STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
U. S. Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff UNITED
STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2001

at __2__ o'clock and __06__ min. __P__ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00047 SOM |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | [21 U.S.C. § 841(a)(1)] |
| vs. | ) | |
| | ) | |
| SIO M. IOANE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INFORMATION

COUNT 1

The United States Attorney charges that:

On or about May 19, 2000, in the District of Hawaii, the defendant, SIO M. IOANE, did knowingly and intentionally distribute a quantity of heroin, approximately 0.824 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).



ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____
                    Deputy

## COUNT 2

The United States Attorney further charges that:

On or about June 27, 2000, in the District of Hawaii, the defendant, SIO M. IOANE, did knowingly and intentionally distribute a quantity of heroin, approximately 0.139 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The United States Attorney further charges that:

On or about July 22, 2000, in the District of Hawaii, the defendant, SIO M. IOANE, did knowingly and intentionally distribute a quantity of heroin, approximately 0.823 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

The United States Attorney further charges that:

On or about July 26, 2000, in the District of Hawaii, the defendant, SIO M. IOANE, did knowingly and intentionally distribute a quantity of heroin, approximately 0.689 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5

The United States Attorney further charges that:

On or about October 25, 2000, in the District of Hawaii, the defendant, SIO M. IOANE, did knowingly and intentionally distribute a quantity of heroin, approximately 1.10 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

The United States Attorney further charges that:

On or about October 27, 2000, in the District of Hawaii, the defendant, SIO M. IOANE, did knowingly and intentionally distribute a quantity of heroin, approximately 1.99 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 7

The United States Attorney further charges that:

On or about November 2, 2000, in the District of Hawaii, the defendant, SIO M. IOANE, did knowingly and intentionally distribute a quantity of heroin, approximately .88 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 8

The United States Attorney further charges that:

On or about December 18, 2000, in the District of Hawaii, the defendant, SIO M. IOANE, did knowingly and intentionally distribute a quantity of heroin, approximately 1.30 grams, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _____APR 13_____, 2001 at Honolulu, Hawaii.

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

UNITED STATES v. SIO M. IOANE
CR. NO. 01-00047 SOM
"Information"

4